

(REV. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Eric Jackson        267189__
   (Name of Plaintiff)   (Inmate Number)

__P.O. Box 9561 Wilmington De. 19809__
   (Complete Address with zip code)

(2) _____
   (Name of Plaintiff)   (Inmate Number)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __CMS (Correctional Medical Services)__

(2) __H.R.Y.C.I (Gander Hill Prison)__

(3) _____
   (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06 - 390
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
JUN 1 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**I.   PREVIOUS LAWSUITS**

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption of each case including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

_____

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ✔ Yes  • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • Yes  ✔ No

C. If your answer to "B" is Yes:

   1. What steps did you take? __N/A__

   2. What was the result? __N/A__

D. If your answer to "B" is No, explain why not: __I'm on the grievance board list.__

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: __Howard R. Young Correctional Institute__

   Employed as _____ at _____

   Mailing address with zip code: __1301 E. 12th St. Wilmington, De. 19809__

(2) Name of second defendant: __Correctional Medical Services__

   Employed as _____ at __H.R.Y.C.I__

   Mailing address with zip code: __Delaware Regional Office 1201 College Park Drive Suite 102 Dover, De. 19904__

(3) Name of third defendant: _____

   Employed as _____ at _____

   Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 4/11/06 I was called down the dental department for a tooth extractions. The dentist was Dr. Buckson. The roots on the upper top left part of my mouth were giving him a hard time when he started tapping on them with his tool, ultimately punching a hole into
2. my jaw into my sinus region. I would find Dr. Buckson removed the bone from the said area. I would later return to my housing unit only to be bought back to the infirmary in excruciating pain! My jaw became inordinately swollen for 9 days and wasn't fed for 3
3. days. I informed a number of officers about my condition, and not being able to eat, but my cries fell on deaf ears until the 3rd day I was given Boost Nutrient Drinks By nurse Candice.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I wish the courts to grant me pain and suffering also medical malpractice.

3

2. _____
_____
_____
_____
_____

3. _____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  9th  day of  June , 2006 .

_Mr. Eric Jackson Sr._
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Mr. Eric Jackson #267189
P.O. Box 9561 H.R.Y.C.I.

CLERK
U.S. District Court
Lockbox 18
844 N. King St.
Wilmington, De. 19801