AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Mr. Eric Jackson Sr.
Plaintiff

v.

C.M.S ; H.R.Y.C.T
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 1:06-cv-00390(KAJ)

I, Eric Jackson, declare that I am the (check appropriate box)

- [x] Petitioner/Plaintiff/Movant
- [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?  ⊗ Yes   ☐ No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration ___H.R.Y.C.I___

    **Inmate Identification Number (Required):** ___#267189___

    Are you employed at the institution? ___   Do you receive any payment from the institution? ___

    *Attach a ledger sheet from the institution of your incarceration showing at least the past **six months'** transactions*

2.  Are you currently employed?   ☐ Yes   ⊗ No

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  9/06  AutoZone Newmarket street  Bi-wkly

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ⊗ |
    | b. | Rent payments, interest or dividends | ☐ | ⊗ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ⊗ |
    | d. | Disability or workers compensation payments | ☐ | ⊗ |
    | e. | Gifts or inheritances | ☐ | ⊗ |
    | f. | Any other sources | ⊗ | ☐ |

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.  fiance $10.00  3/20/06
    $20.00  3/27/06

FILED JUL 10 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?    • • Yes    •• No

If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    • • Yes    •• No

If "Yes" describe the property and state its value.



6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable. K    E. J    (fiancee)
my children → ①E . J. Jr. ② H    G. J    father) Financially supportive, mentally, and socially. My fianee whom is *8 months pregnant holds two jobs because of my current state.
*I now have a new addition to my family; a son, O    J    J.

I declare under penalty of perjury that the above information is true and correct.

5/4/06    Eric Jackson Jr.
DATE    SIGNATURE OF APPLICANT

NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
P.O. BOX 9279
WILMINGTON DE  19801
(BUSINESS ADDRESS)

# Memorandum

To:         Eric Jackson  —Pod 1C 1R

From:     Ms. Hill  (Business Office)

Date:     July 6, 2006

Re:         Response to your letter.

---

Mr. Jackson,

Here is a copy of your resident account history per your request.

```
RESIDENT HISTORY REPORT                                                          Page 1 of 1

HRYCI
07/06/06 10:20
ST 007 / OPR JMH

SBI              : 267189
Resident Name    : JACKSON, ERIC
Time Frame       : 01/08/2006 22:47 - 07/06/2006 10:20

-----------------------------------------------------------------------------------------
Date         Time    Type              ST   OPR    Receipt #         Amount      Balance
-----------------------------------------------------------------------------------------

01/08/2006   22:47   Intake             5   BVS    E12552              0.77         0.77
01/08/2006   23:01   Add                5   BVS    E12555             10.00        10.77
01/12/2006   05:43   Order              2   WLH    B96673              8.36         2.41
01/19/2006   05:45   Order              2   DDT    B97652              2.36         0.05
03/20/2006   09:02   Add                8   RP     H19661             10.00        10.05
03/21/2006   08:27   Rec Payment        7   jmh    G9925               4.00         6.05
03/27/2006   09:09   Add                8   RP     H19846             20.00        26.05
03/29/2006   06:57   Order              2   DDT    B108262            25.08         0.97
04/13/2006   06:27   Order              2   DDT    B110469             0.91         0.06
04/14/2006   11:14   Credit             2   DDT    B110607             0.91         0.97
04/18/2006   13:49   Rec Payment       10   bsp    J2606               0.80         0.17
04/19/2006   11:10   Order              2   DDT    B111523             0.13         0.04
```



Mr. Eric Jackson #267189
1301 E. 12th St.
P.O. Box 9561
Wilmington, De. 19809

WILMINGTON DE 197
07 JUL 2006 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570