IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Eric Jackson,                )
                             )
     Plaintiff,              )
                             )
v.                           ) Civil Action No. 06-390 KAJ
                             )
CMS, HRYCI,                  )
                             )
     Defendants.             )

**AUTHORIZATION**

FILED
JUL 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

I, Eric Jackson, SBI #267189, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $1.36 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated July 13th, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: July 18th, 2006.

Eric Jackson Sr. #267189
Signature of Plaintiff



WILMINGTON DE 197

20 JUL 2006 PM 3 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

Eric Jackson
SBI# 267189
HRYCF
1301 East 12th Street
Wilmington, DE 19809